MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON KENNEDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:20-cv- |
| vs. | ) |
| | ) |
| HARRIS & HARRIS, LTD., a Foreign Corporation | ) COMPLAINT |
| | ) |
| Defendant. | ) JURY DEMANDED |
| | ) |

JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331 and 28 U.S.C. § 1332. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant(s) perpetrated therein.

PRELIMINARY STATEMENT

2. This action is instituted in accordance with and to remedy Defendant's violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA").

3. In 2020, Defendant initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff in Las Vegas, Nevada.

4. As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

## PARTIES

5. Plaintiff, Jason Kennedy, is a natural person who resides in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6. Defendant, Harris & Harris, Ltd., is a foreign corporation, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Chicago, IL, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

## FACTUAL ALLEGATIONS

7. Plaintiff repeats, realleges and asserts all factual allegations contained in the preliminary statement to this Complaint and reasserts them as incorporated in full herein.

8. On January 30, 2020 Defendant dunned Plaintiff for $5,886.00.

9. On February 24, 2020 Plaintiff wrote Defendant advising of his _**refusal to pay**_ (Exhibit 1).

10. Exhibit 1 explicitly references Plaintiff's alleged obligation to *Spring Valley Hospital Medical Center*.

11. Defendant received Exhibit 1 on March 2, 2020 (Exhibit 2).

12. Notwithstanding, on March 16, 2020 Defendant again dunned Plaintiff.

13. Plaintiff's written _refusal to pay_ required Defendant cease and desist all collection communications in accordance with FDCPA § 1692c(c):

> **(c) Ceasing communication -** *If a consumer notifies a debt collector in writing that the consumer **refuses to pay a debt** or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt.*

14. Defendant's March 16, 2020 demand was made in violation of FDCPA §§ 1692c and 1692d. *Cruz v. International Collection Corp.*, 673 F.3d 991, 998 (9th Cir. 2012).

15. Plaintiff's work is only *intermittently* available.

16. As a result, Plaintiff advised Defendant of his refusal to pay.

17. Virtually all of Plaintiff's resources are devoted to the care of his young son.

18. The natural consequence of Defendant's subsequent contact was to harass, oppress and abuse Plaintiff in violation of FDCPA § 1692d. *Clark v. Capital Credit & Collection Services*, 460 F.3d 1162, 1176 (9th Cir. 2006).

19. Plaintiff has suffered meaningful emotional distress including, but not limited to, excessive worry, frustration, sleeplessness, anger, humiliation, embarrassment, chagrin and other mental anguish as a direct result of Defendant's conduct. McCollough v. Johnson, Rodenburg & Lauinger, LLC, 637 F.3d 939, 957 (9th Cir. 2011).

20. The foregoing acts and omissions of Defendant were undertaken by it willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

21. Indeed, the foregoing acts and omissions of Defendant were undertaken by it indiscriminately and persistently, as part of its regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

22. As a proximate result of the foregoing acts and omissions of Defendant, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

23. As a result of the foregoing acts and omissions of Defendant, and in order to punish Defendant for its outrageous and malicious conduct, as well as to deter it from committing similar acts in the future as part of its debt collection efforts, Plaintiff is entitled to recover punitive damages in an amount to be proven at trial.

/ / /

/ / /

## CAUSES OF ACTION

### COUNT I

24. The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, Sections 1692c, 1692d and 1692e.

25. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

### JURY DEMANDED

Plaintiff hereby demands trial by a jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

1. Award actual damages.
2. Award punitive damages.
3. Award statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k.
4. Award reasonable attorney fees.
5. Award costs.
6. Grant such other and further relief as it deems just and proper.

DATED: March 30, 2020

Respectfully submitted,

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
Attorney for Plaintiff

February 24, 2020


Via Certified Mail

Harris & Harris, Ltd.
PO Box 5462
Chicago, IL 60680-5462

Re:   Kennedy, Jason/Spring Valley Hospital Medical Center

Dear Sir,

I've reviewed your recent correspondence. I lack adequate income. My few resources are focused on survival including the care of my young son. This is neither a request for validation nor dispute, but rather, a refusal to pay. I will most certainly let you know if anything changes. Thank you in advance for your anticipated courtesy.

Sincerely,


Jason Kennedy


EXHIBIT 1

# USPS Tracking®

FAQs >

**Track Another Package +**

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** 70190700000034059104

Your item has been delivered and is available at a PO Box at 10:21 am on March 2, 2020 in CHICAGO, IL 60680.

## ✓ Delivered

March 2, 2020 at 10:21 am
Delivered, PO Box
CHICAGO, IL 60680

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

EXHIBIT 2