GINA M. MUSHMECHE, ESQ.
Nevada Bar No. 11611
KRAVITZ, SCHNITZER, & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: 702-362-6666
Facsimile: 702-362-2203
gmushmeche@kssattorneys.com

Attorneys for Defendant Harris & Harris, Ltd.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jason Kennedy, | Case No. 2:20-cv-00676-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR HARRIS & HARRIS, LTD. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| Harris & Harris, Ltd., a Foreign Corporation, | |
| Defendant. | **[FIRST REQUEST FOR EXTENSION]** |

COMES NOW, Defendant Harris & Harris, Ltd. ("Defendant"), and Plaintiff, Jason Kennedy ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to June 4, 2020, for Defendant to answer or otherwise plead in response to Plaintiff's Complaint.

This is Defendant's first request for an extension, which it requested from Plaintiff in order to allow Defendant additional time to investigate the factual allegations of the Complaint and for the Parties to explore the possibility of settlement. Plaintiff has no opposition to Defendant's request for an extension.

///
///
///
///

1  No additional requests for extensions are contemplated.

2  **IT IS SO STIPULATED.**

3  DATED this 11th day of May, 2020.

|  |  |
|---|---|
| /s/ Mitchell D. Gliner   (*with permission*) | KRAVITZ, SCHNITZER & JOHNSON, CHTD |
| Mitchell D. Gliner, Esq. | /s/ Gina M. Mushmeche |
| Nevada Bar No. 003419 | Gina M. Mushmeche, Esq. |
| 3017 W. Charleston Blvd., #95 | Nevada Bar No. 116411 |
| Las Vegas, NV 89102 | 8985 S. Eastern Avenue, Suite 200 |
| Telephone: 702-870-8700 | Las Vegas, Nevada 89123 |
| Facsimile: 702-870-0034 | Tel: 702-362-6666 |
| mgliner@glinerlaw.com | gmushmeche@ksjattorneys.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Harris & Harris, Ltd.* |

**<u>ORDER</u>**

IT IS SO ORDERED:
Dated:  May 13, 2020

_____
UNITED STATES MAGISTRATE JUDGE